# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

KATHLEEN SUE BONEE                                                                         PLAINTIFF

v.                                        No. 4:13CV00407 JLH-HDY

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                          DEFENDANT

## ORDER

On April 23, 2014, United States Magistrate Judge H. David Young entered a recommended disposition in which he recommended that the Court affirm the decision of the Social Security Commissioner denying Kathleen Sue Bonee's request for benefits. No objection has been filed. Judge Young's proposed findings and recommended disposition are adopted in their entirety as the findings and disposition of this Court. A judgment will be entered separately.

IT IS SO ORDERED this 5th day of June, 2014.

_____
LEON J. HOLMES
UNITED STATES DISTRICT JUDGE