**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

KATHLEEN SUE BONEE                                                                                      PLAINTIFF

v.                                      No. 4:13CV00407 JLH-HDY

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                                       DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, on the complaint of Kathleen Sue Bonee. Kathleen Sue Bonee's complaint is dismissed with prejudice. The Commissioner is affirmed.

IT IS SO ORDERED this 5th day of June, 2014.

_____
LEON J. HOLMES
UNITED STATES DISTRICT JUDGE